**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel*. CARDELLIA ANDERSON,<br>Plaintiff and Relator,<br>v.<br>UNITED TECHNOLOGIES CORPORATION, and PRATT & WHITNEY,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action No.: 4:15-CV-42** |

**<u>RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Cardellia Anderson, in her capacity as Relator ("Relator"), by and through the undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files her Notice of Voluntary Dismissal Without Prejudice of the *qui tam* Complaint and states as follows:

1. Relator brought the instant action on behalf of the United States of America against Defendants for treble damages and civil penalties arising from Defendants' alleged false claims in violation of the Federal False Claims Act, 31 U.S.C. § 3729, *et seq*.

2. The Complaint was filed under seal and remained under seal while the United States Government investigated the allegations contained therein.

3. Relator now files this Notice of Voluntary Dismissal Without Prejudice. The Defendants have not been served at this time.

4. Pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(1), consent on the part of the United States Government is required to dismiss.

5. Counsel for the United States has advised counsel for Relator that the United States consents to the voluntary dismissal of this action without prejudice and will be filing notice of such consent.

Respectfully submitted this 20th day of December 2017.

*/s/ Zahra S. Karinshak*
Zahra S. Karinshak
Georgia Bar No. 407911
karinshak@khlawfirm.com

**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)
*Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the **Relator's Notice of Voluntary Dismissal Without Prejudice** was filed and served upon counsel of record via CM/ECF to the below counsel of record:

AUSA Todd P. Swanson
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202

Respectfully submitted this 20th day of December 2017.

*/s/ Zahra S. Karinshak*
Zahra S. Karinshak
Georgia Bar No. 407911

**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)
karinshak@khlawfirm.com
*Counsel for Relator*